**IT IS ORDERED as set forth below:**

Date: April 05, 2011

_Wendy L. Hagenau_
Wendy L. Hagenau
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| MAREIO FRALEY | { | |
| | { | CASE NO. A11-56031-WLH |
| DEBTOR | { | |
| | { | JUDGE HAGENAU |

### ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH 11 U.S.C. §109(h) AND 11 U.S.C. §521(b)

This matter came before the Court at a regularly scheduled hearing on March 30, 2011 at 10:15 a.m. on the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Comply with 11 U.S.C. § 109(h) and 11 U.S.C. § 521(b).  It appears that Debtor is ineligible to be in Chapter 13 based on the fact that Debtor has failed to certify attendance at credit counseling from an approved agency within 180 days prior to filing required under 11 U.S.C. §109(h) and 11 U.S.C.

§ 521(b). Therefore, it is hereby **ORDERED**, that the Trustee's Motion is **GRANTED** and this case is **DISMISSED**. The clerk is directed to serve this order on all parties in the case.

**END OF DOCUMENT**

Presented by:

/s/_____
Melissa J. Davey
Chapter 13 Trustee
GA Bar No.: 206310
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

## **DISTIBUTION LIST**

**CASE NO. A11-56031-WLH**

Debtor:
Mareio Fraley
1043 Sterling Ridge Chase
Marietta, GA 30062

Attorney for Debtor:
Pro Se

Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303

*(ALL CREDITORS LISTED ON MAILING MATRIX)*

United States Bankruptcy Court
Northern District of Georgia

In re:                                                          Case No. 11-56031-wlh
Mareio Fraley                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9           User: millerc              Page 1 of 1              Date Rcvd: Apr 05, 2011
                               Form ID: pdf592            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2011.
db          +Mareio Fraley,    1043 Sterling Ridge Chase,    Marietta, GA 30062-4983
aty         +Molly Brien Sutter,    Rubin Lublin Suarez Serrano,    Suite 400,    3740 Davinci Court,
              Norcross, GA 30092-7613
tr          +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,    Suite 120,    303 Peachtree Center Avenue,
              Atlanta, GA 30303-1286
14197140    +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 05 2011 22:32:38
              Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14170631      Bank of America Home Loans
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
ust*         +Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
              Atlanta, GA 30303-3315
                                                                                              TOTALS: 1, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2011**                    **Signature:** _Joseph Speetjens_